UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| DONALD and JESSICA KINSEY | JURY DEMAND |
| Plaintiffs | |
| vs. | Civil No. 13-cv-524 |
| HARBOR FREIGHT TOOLS USA, INC., AUTOZONE, INC., JOHN DOE #1, and JOHN #2 | |
| Defendants | |

_____

PLEASE TAKE NOTICE that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, Autozone Northeast, Inc. (sued here as Autozone, Inc.), by and through its attorneys, Goldberg Segalla LLP, hereby demands a jury trial in the above-entitled action with respect to all issues.

Dated: Buffalo, New York
       May 29, 2013

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By:  s/ *Kathleen J. Martin*
    Kathleen J. Martin, Esq.
   *Attorneys for Defendant*
   *Autozone Northeast, Inc.*
   *incorrectly sued as Autozone, Inc.*
   665 Main Street, Suite 400
   Buffalo, New York 14203
   (716) 566-5400
   kmartin@goldbergsegalla.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DONALD and JESSICA KINSEY

       Plaintiffs

vs.                                                 Civil No. 13-cv-524

HARBOR FREIGHT TOOLS USA, INC.,
AUTOZONE, INC.,
JOHN DOE #1, and
JOHN #2

       Defendants
_____

## CERTIFICATE OF SERVICE

      I hereby certify on May 29, 2013 I filed a copy of the foregoing Jury Demand in the above-captioned matter via the Court's CM/ECF system, which would thereby notify the following CM/ECF participants:

Ryan L. Gellman, Esq.
Colucci & Gallaher, P.C.
*Attorneys for Plaintiffs*
2000 Liberty Building
424 Main Street
Buffalo, New York 14202

Stanley J. Sliwa, Esq.
Law Offices of Sliwa & Lane
*Attorneys for Defendants,*
*Harbor Freight Tools USA, Inc.*
237 Main St # 840
Buffalo, NY 14203

Dated: Buffalo, New York  Respectfully submitted,
      May 29, 2013

                                               GOLDBERG SEGALLA LLP

                                               By: *s/Kathleen J. Martin*
                                                   Kathleen J. Martin, Esq.
                                                   *Attorneys for Defendant*
                                                   *Autozone Northeast, Inc.*
                                                   *incorrectly sued as Autozone, Inc.*
                                                   665 Main Street, Suite 400
                                                   Buffalo, New York 14203